IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Regina M. Rodriguez

Civil Action No. 21-cv-01375-RMR-NRN

CATHERINE A. SELINSKY, an individual,

    Plaintiff,

v.

MMT Lapagava, LLC, a Wisconsin Corporation;
AT SEVEN HILLS AURORA CO, LLC, an Arizona limited liability company; and
ARCITERRA COMPANIES, LLC f/k/a ARCITERRA GROUP, LLC, an Arizona limited liability company,

    Defendants.

## FINAL JUDGMENT

THIS MATTER came before the Court for a jury trial that commenced on January 22, 2024 and proceeded through January 26, 2024. Plaintiff, Ms. Catherine A. Selinsky ("Plaintiff"), was represented by Connor Cantrell and Dane Mueller of The Hustead Law Firm, a professional corporation; Defendant, MMT Lapagava, LLC ("Movie Tavern") was represented by John Stevens and Caleb Meyer of Messner Reeves, LLP; and Defendants, AT Seven Hills Aurora CO, LLC and Arciterra Companies, LLC f/k/a Arciterra Group, LLC (collectively "Owner/Manager") were represented by Adam Goldstein and Cati Shadakofsky of White & Steele, P.C. A jury of eight members was selected and all eight jurors deliberated.

On January 26, 2024, following deliberations, the jury returned a verdict finding that:

1) Plaintiff had injuries, damages, or losses;

2) Movie Tavern was 52% at fault for premises liability;

3) Movie Tavern's premises liability was a cause of the damages claimed by Plaintiff;

4) Owner/Manager were 27% at fault for premises liability;

5) Owner/Manager's premises liability was a cause of damages claimed by Plaintiff;

6) Plaintiff was 21% comparatively negligent;

7) Plaintiff's negligence was a cause of her own claimed injuries, damages, or losses;

8) Plaintiff's noneconomic damages were $448,519.10;

9) Plaintiff's economic damages were $448,519.10; and

10) Plaintiff's physical impairment and disfigurement damages were $2,852,961.80.

Therefore, the total gross amount of the jury's total verdict was $3,750,000.

In diversity cases such as this one, pre-judgment interest is calculated under state law. *Youngs v. Am. Nutrition*, 537 F.3d 1135, 1146 (10th Cir. 2008). Under Colorado law and C.R.S. § 13-21-101, pre-judgment runs at 9% (simple interest) from the date of the incident (December 21, 2019) through the day before suit was filed (May 20, 2021). Here, that is 516 days.

2

The simple interest is then added to the amount of the verdict and used as the base amount from which to calculate compound interest annually from the date suit was filed until the date of the judgment (1/26/24). *Francis ex rel. Goodridge v. Dahl*, 107 P.3d 1171, 1176 (Colo. App. 2005). Here, interest compounds for 2.69 years.

Pursuant to Fed. R. Civ. P. 58(b)(2), the Court directs the clerk to ENTER THE FOLLOWING JUDGMENT on the register of actions in favor of Plaintiff and against Movie Tavern:

| Description | Calculation | Amount |
|---|---|---|
| Verdict | 52% of $3,750,000 | $1,950,000 |
| Simple Pre-Judgment Interest | 9% of $1,950,000<br><br>from December 21, 2019 through May 20, 2021 | $248,104.11<br><br>Interim Total = $2,198,104.11 |
| Continued | 9% of $2,198,104.11<br><br>from May 20, 2021 through May 19, 2022 | $197,829.37<br><br>Interim Total = $2,395,933.48 |
| Continued | 9% of $2,395,933.48<br><br>from May 20, 2022 through May 19, 2023 | $215,634.01<br><br>Interim Total = $2,611,567.49 |
| Continued | 9% of $2,611,567.49 = $235,041.07<br><br>$235,041.07 / 365 = $643.95/day<br><br>$643.95 x 252 days (May 20, 2023 through January 26, 2024) = $162,274.93<br><br>from May 20, 2023 through | 252 days of daily interest = $162,274.93 |

|  | January 26, 2024 |  |
|---|---|---|
|  | **TOTAL** (excluding costs and post-judgment interest) | $2,773,842.42 |

Under 28 U.S.C. 1961(a), post-judgment interest is calculated using the weekly average 1- year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment. As of January 15, 2024, the post-judgment interest rate was 4.79%. Thus, post-judgment interest shall accrue at 4.79% per annum compounded annually on January 26, 2024 ($357.18 per diem until next compounding) on the total judgment of $2,773,842.42 against Movie Tavern.

Pursuant to Fed. R. Civ. P. 58(b)(2), the Court further directs the clerk to ENTER THE FOLLOWING JUDGMENT on the register of actions in favor of Plaintiff and against Owner/Manager, jointly and severally:

| Description | Calculation | Amount |
|---|---|---|
| Verdict | 27% of $3,750,000 | $1,012,500 |
| Simple Pre-Judgment Interest | 9% of $1,012,500<br><br>from December 21, 2019 through May 20, 2021 | $128,823.29<br><br>Interim Total = $1,141,323.29 |
| Continued | 9% of $1,141,323.29<br><br>from May 20, 2022 through May 19, 2023 | $102,719.08<br><br>Interim Total = $1,244,042.29 |
| Continued | 9% of $1,244,042.29<br><br>from May 20, 2022 through May 19, 2023 | $111,963.80<br><br>Interim Total = $1,356,006.09 |

| | | |
|---|---|---|
| Continued | 9% of $1,356,006.09 = $122,040.55<br><br>$122,040.55 /365 = $334.36/day<br><br>$334.36 x 252 days = $84,258.13<br><br>from May 20, 2023 through January 26, 2024 | 252 days of daily interest = $84,258.13 |
| | **TOTAL** (excluding costs and post-judgment interest) | $1,440,264.22 |

As mentioned above, as of January 15, 2024, the post-judgment interest rate was 4.79%. Accordingly, post-judgment interest shall accrue at 4.79% per annum compounded annually on January 26, 2024 ($185.46 per diem until next compounding) on the total judgment of $1,440,264.22 against Owner/Manager.

**DATED**:  March 4, 2024

BY THE COURT:

_____

REGINA M. RODRIGUEZ
United States District Judge

5