IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01375-RMR-NRN

CATHERINE A. SELINSKY, an individual,

    Plaintiff,

v.

MMT Lapagava, LLC, a Wisconsin corporation;
AT SEVEN HILLS AURORA CO, LLC, an Arizona limited liability company; and
ARCITERRA COMPANIES, LLC f/k/a ARCITERRA GROUP, LLC, an Arizona limited liability company,

    Defendants.

## NOTICE OF SETTLEMENT ONLY BETWEEN PLAINTIFF AND MOVIE TAVERN

    Catherine A. Selinsky ("Plaintiff"), through her undersigned counsel, The Hustead Law Firm, *A Professional Corporation*, hereby advises the Court that Plaintiff has reached a settlement with MMT Lapagava, LLC ("Movie Tavern"). Plaintiff and Movie Tavern are working together to prepare and execute settlement documents and will file a Satisfaction of Judgment and Stipulation for Dismissal with Prejudice of all Plaintiff's claims against Movie Tavern, including the pending ADA claims, once the settlement documents are fully executed and the settlement payment is delivered to Plaintiff.

    In the meantime, Plaintiff and Movie Tavern respectfully request that all deadlines pertaining to Plaintiff's claims against Movie Tavern, including the ADA claims, be vacated at this time.

This settlement is not intended to dismiss or affect in any way Plaintiff's claims against AT Seven Hills Aurora CO, LLC's, ("Owner"), or Arciterra Companies, LLC f/k/a Arciterra Group, LLC

1

("Manager").  Plaintiff's claims against Owner/Manager remain pending.

Respectfully submitted this 4th day of April, 2024.

THE HUSTEAD LAW FIRM
*A Professional Corporation*
*Original signature is on file at*
*The Hustead Law Firm, A Professional Corporation*

s/ Dane C. Mueller
Patrick Q. Hustead, Esq.
Connor L. Cantrell, Esq.
Dane C. Mueller, Esq.
THE HUSTEAD LAW FIRM,
*A Professional Corporation*
4643 South Ulster Street, Suite 1250
Denver, Colorado 80237
Telephone: (303) 721-5000
pqh@thlf.com
clc@thlf.com
dcm@thlf.com
*Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on this 4th day of April, 2024 a true and correct copy of the foregoing **NOTICE OF SETTLEMENT** was electronically filed with the Court and served on the following:

| | |
|---|---|
| John Stevens, Esq. | E. Catlynne Shadakofsky, Esq. |
| Caleb Meyer, Esq. | Adam J. Goldstein, Esq. |
| Messner Reeves LLP | White and Steele |
| 1430 Wynkoop Street, Suite 300 | 600 17th Street, Suite 600N |
| Denver, CO 80202 | Denver, CO 80202 |
| *Counsel for MMT Lapagava, LLC* | *Counsel for AT SEVEN HILLS AURORA, CO LLC and ARCITERRA COMPANIES, LLC f/k/a ArciTerra Group, LLC* |

*Original Signature is on File at*
*The Hustead Law Firm, A Professional Corporation*

*s/ Dane C. Mueller*
Dane C. Mueller, Esq.

3