IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01375-RMR-NRN

CATHERINE A. SELINSKY, an individual,

    Plaintiff,

v.

MMT LAPAGAVA, LLC, a Wisconsin limited liability company;
AT SEVEN HILLS AURORA CO, LLC, an Arizona limited liability company; and
ARCITERRA COMPANIES, LLC f/k/a ARCITERRA GROUP, LLC, an Arizona limited liability
company,

    Defendants.

---

## SATISFACTION OF JUDGMENT

---

Plaintiff, Catherine A. Selinsky, files this Satisfaction of Judgment, acknowledging receipt of payments by or on behalf of Defendant MMT LAPAGAVA, LLC, and Defendants, AT Seven Hills Aurora CO, LLC and Arciterra Companies, LLC.  Plaintiff hereby authorizes the Clerk of Court to enter record of full satisfaction of judgment in this matter.

Submitted:  May 23, 2024.

                              **THE HUSTEAD LAW FIRM, PC**

                              */s/ Dane C. Mueller*
                              Connor L. Cantrell, Esq.
                              Dane C. Mueller, Esq.
                              4643 South Ulster Street, Suite 1250
                              Denver, Colorado 80237
                              (303) 721-5000
                              clc@thlf.com
                              dcm@thlf.com
                              *Attorneys for Plaintiff*

{08265480 / 1}

## CERTIFICATE OF SERVICE

I certify that on the 23rd day of May, 2024, I electronically filed the foregoing via CM-ECF which will send notification to the following:

Patrick Q. Hustead, Esq.
Connor L. Cantrell, Esq.
Dane C. Mueller, Esq.
THE HUSTEAD LAW FIRM
4643 South Ulster Street, Suite 1250
Denver, Colorado 80237
*Attorneys for Plaintiff*


Caleb Meyer, Esq.
John H. Stevens, Esq.
cmeyer@messner.com
jstevens@messner.com
Messner Reeves LLP
1430 Wynkoop Street, Suite 300
Denver, CO 80202
*Counsel for MMT LAPAGAVA, LLC*


Adam Goldstein, Esq.
E. Catlynne Shadakofsky, Esq.
WHITE AND STEELE, P.C.
600 17th Street, Suite 600N
Denver, Colorado 80202
*Attorneys for AT SEVEN HILLS AURORA CO, LLC; and ARCITERRA COMPANIES, LLC f/k/a ArciTerra Group, LLC*

                                                    */s/ Dane C. Mueller*
                                                    Dane C. Mueller, Esq.