IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01375-RMR-NRN

CATHERINE A. SELINSKY, an individual,

      Plaintiff,

v.

MMT LAPAGAVA, LLC, a Wisconsin limited liability company;
AT SEVEN HILLS AURORA CO, LLC, an Arizona limited liability company; and
ARCITERRA COMPANIES, LLC f/k/a ARCITERRA GROUP, LLC, an Arizona limited liability
company,

      Defendants.

---

### STIPULATION TO DISMISS WITH PREJUDICE

---

Plaintiff, Catherine A. Selinsky ("Plaintiff"), by and through her attorneys; Defendant, MMT LAPAGAVA, LLC, by and through its attorneys; and Defendants, AT Seven Hills Aurora CO, LLC and Arciterra Companies, LLC, by and through their attorneys hereby stipulate to dismiss, with prejudice, all remaining claims that Plaintiff has brought or could have brought in this action. This stipulation includes all unresolved claims, whether known or unknown, post-trial actions and appeals. The parties agree to bear their own attorney fees and costs arising from this lawsuit and any other lawsuits relating to this matter that have been filed or could have been filed.

Dated:  May 23, 2024.

[Signatures Follow]

**MESSNER REEVES LLP**

*/s/ John H. Stevens*
Caleb Meyer, Esq.
John H. Stevens, Esq.
1550 Wynkoop Street, Suite 710
Denver, Colorado 80202
(303) 623-1800
cmeyer@messner.com
jstevens@messner.com
*Counsel for Defendant*
*MMT LAPAGAVA, LLC*

**WHITE AND STEELE, P.C.**

*/s/ Adam Goldstein*
Adam Goldstein, Esq.
E. Catlynne Shadakofsky, Esq.
WHITE AND STEELE, P.C.
600 17th Street, Suite 600N
Denver, Colorado 80202
*Attorneys for AT SEVEN HILLS AURORA CO,*
*LLC; and ARCITERRA COMPANIES, LLC f/k/a*
*ArciTerra Group, LLC*

**THE HUSTEAD LAW FIRM, PC**

*/s/ Dane C. Mueller*
Connor L. Cantrell, Esq.
Dane C. Mueller, Esq.
4643 South Ulster Street, Suite 1250
Denver, Colorado 80237
(303) 721-5000
clc@thlf.com
dcm@thlf.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on the 23rd day of May, 2024, I electronically filed the foregoing **STIPULATION TO DISMISS WITH PREJUDICE** via CM-ECF which will send notification to the following:

Patrick Q. Hustead, Esq.
Connor L. Cantrell, Esq.
Dane C. Mueller, Esq.
THE HUSTEAD LAW FIRM
4643 South Ulster Street, Suite 1250
Denver, Colorado 80237
*Attorneys for Plaintiff*


Caleb Meyer, Esq.
John H. Stevens, Esq.
cmeyer@messner.com
jstevens@messner.com
Messner Reeves LLP
1430 Wynkoop Street, Suite 300
Denver, CO 80202
*Counsel for MMT LAPAGAVA, LLC*


Adam Goldstein, Esq.
E. Catlynne Shadakofsky, Esq.
WHITE AND STEELE, P.C.
600 17th Street, Suite 600N
Denver, Colorado 80202
*Attorneys for AT SEVEN HILLS AURORA CO,*
*LLC; and ARCITERRA COMPANIES, LLC f/k/a*
*ArciTerra Group, LLC*

/s/
Violet Perry, For White and Steele, P.C.