UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Judge Regina M. Rodriguez

Civil Action No. 21-cv-01375-RMR-NRN

CATHERINE A. SELINSKY, an individual,

    Plaintiff,

v.

MMT Lapagava, LLC, a Wisconsin corporation;
AT SEVEN HILLS AURORA CO, LLC, an Arizona limited liability company; and
ARCITERRA COMPANIES, LLC f/k/a ARCITERRA GROUP, LLC, an Arizona limited liability
company,

    Defendants.

**ORDER FOR DISMISSAL**

THIS MATTER having come before the Court on the parties' STIPULATION TO DISMISS WITH PREJUDICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Court being fully advised in the premises, it is hereby

ORDERED that the above-captioned matter is dismissed, with prejudice, with each party to bear its own attorneys' fees and costs.

ENTERED: May 23, 2024.

BY THE COURT:

_____
REGINA M. RODRIGUEZ
United States District Judge